### Caller *against* Dade and Ads.

November,
1820.

Admrs. declaring on contract made with him as such needs not make profert of Letters of administration.

*BY the Court.* The Bond which was the subject of the action, was made to defendants as administrators. The Bond admitted their right to sue in that character, and profert of their Letters of administration was not necessary.

Let the judgment be affirmed.

---

### James *against* Carmick.

THE Clerk of the Court below had not certified the transcript, nor sent up a writ of Error. A motion was made for a certiorari.

*By the Court.* The paper sent is not certified as a Record of any Court. There is nothing on which to found the suggestion of diminution. The certiorari cannot be awarded.